UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

MICHAEL C. KIMBROUGH,

        Petitioner,

v.

KIMBERLY CLIPPER, Warden,

        Respondent.

------------------------------------------------------------

CASE NO. 1:13-CV-02299

OPINION & ORDER
[Resolving Docs. 1, 8]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    On July 7, 2014, Magistrate Judge Nancy A. Vecchiarelli recommended that the Court dismiss the petition of Michael C. Kimbrough for a writ a habeas corpus filed pursuant to 28 U.S.C. § 2254.[1/] Kimbrough has not filed an objection to the Report and Recommendation.

    The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2/] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3/] Failure to object within that time waives a party's right to appeal the Magistrate Judge's recommendation.[4/] Absent objection, a district court may adopt the Magistrate Judge's report without

---

[1/] Doc. 8.
[2/] 28 U.S.C. § 636(b)(1).
[3/] N.D. Ohio L.R. 72.3(b).
[4/] *Id.*; see *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Case No. 1:13-CV-02299
Gwin, J.

review.[5] Moreover, having conducted its own review of the petition[6] and record[7] the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Vecchiarelli's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **DISMISSES** Kimbrough's habeas petition.

IT IS SO ORDERED.

Dated: January 13, 2015                      s/ *James S. Gwin*
                                                          JAMES S. GWIN
                                                          UNITED STATES DISTRICT JUDGE

---

[5] *Thomas*, 474 U.S. at 149.
[6] Doc. 1.
[7] Doc. 7.