UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

MICHAEL C. KIMBROUGH, :
: CASE NO. 1:13-CV-02299
Petitioner, :
:
v. : AMENDED OPINION & ORDER
: [Resolving Docs. 1, 8]
KIMBERLY CLIPPER, Warden, :
:
:
Respondent. :
------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On July 7, 2014, Magistrate Judge Nancy A. Vecchiarelli recommended that the Court dismiss the petition of Michael C. Kimbrough for a writ a habeas corpus filed pursuant to 28 U.S.C. § 2254.[1/] Kimbrough has not filed an objection to the Report and Recommendation.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[2/] Parties must file any objections to a Report and Recommendation within fourteen days of service.[3/] Failure to object within that time waives a party's right to appeal the Magistrate Judge's recommendation.[4/] Absent objection, a district court may adopt the Magistrate Judge's report without

---

[1/] Doc. 8.
[2/] 28 U.S.C. § 636(b)(1).
[3/] N.D. Ohio L.R. 72.3(b).
[4/] *Id.*; *see* *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Case No. 1:13-CV-02299
Gwin, J.

review.[5] Moreover, having conducted its own review of the petition[6] and the record, the Court agrees with the conclusions of the Magistrate Judge.

Accordingly, the Court **ADOPTS** Magistrate Judge Vecchiarelli's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court **DISMISSES** Kimbrough's habeas petition.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and no basis exists upon which to issue a certificate of appealability.[7]

IT IS SO ORDERED.

Dated: January 15, 2015  s/       *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[5]/*Thomas*, 474 U.S. at 149.
[6]/Doc. 1.
[7]/*See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).